**Cheryl K. CROWE, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2008–3056.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Cheryl K. Crowe, pro se.

ORDER

Order Vacated, See —— Fed.Appx. ——, 2007 WL 4698377.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jack KLIGMAN, Petitioner,**

v.

**INTERNAL REVENUE SERVICE, Respondent.**

No. 2008–3059.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Jack Kligman, pro se.

*ORDER*

The court treats Jack Kligman's motion to undocket as a motion to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.